IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK FERGUSON, et al.       :       CIVIL ACTION
                          :
      v.                    :
                          :       No. 12-6606
CREDIT SUISSE FINANCIAL       :
CORPORATION                  :

## ORDER

AND NOW, this    19th    day of December, 2012, plaintiffs' *pro se* complaint is dismissed without prejudice to the filing of an amended complaint by Monday, January 7, 2013 that complies with the Federal Rules of Civil Procedures.[1]  If such a complaint is not filed by that date, this action, without more, shall be dismissed with prejudice.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] The complaint purports to be filed on behalf of plaintiffs Patrick Ferguson and Mary Ferguson, but is signed by Patrick Ferguson only.  "Although an individual may represent himself *pro se*, "he is not entitled to act as an attorney for others in federal court."  United States v. Allgyer, 2011 WL 3296171, at *1 (E.D. Pa. filed Jul. 29, 2011) (citations omitted).  If an amended complaint is filed, Patrick Ferguson may not sign on behalf of Mary Ferguson.  The complaint itself is 13 pages long, and references several federal statutes, but does not include any facts describing any act or omission giving rise to a claim under those statutes or other theories.  See Fed. R. Civ. P. 8; Ashcroft v. Iqbal, 556 U.S. 662,  677-78 (2009), citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007).  An amended complaint must satisfy the pleading requirements of Fed. R. Civ. P. 8.  It is not necessary to include a fingerprint with plaintiffs' signatures.