IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| :PATRICK: FERGUSON, MARY-L: FERGUSON, and FEDERAL JUDGE :DAVID-WYNN: MILLER, | : : : : : | Case 2:12-cv-06606-EL |
| Plaintiffs, | : : | |
| v. | : : | |
| CREDIT SUISSE FINANCIAL CORPORATION, | : : : | |
| Defendant. | : | |

**FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT
FOR DEFENDANT, CREDIT SUISSE FINANCIAL CORPORATION**

Credit Suisse Financial Corporation is a wholly-owned subsidiary of Credit Suisse (USA), Inc. Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly-owned by Credit Suisse and Credit Suisse Group AG. Credit Suisse is a wholly-owned subsidiary of Credit Suisse Group AP. The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: December 19, 2012    By:___/s/ *Anita J. Murray*_____
Dorothy A. Davis, Esquire
PA ID No.: 34958
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219
412-566-5953 (phone)/412-566-6099 (fax)

Anita J. Murray, Esquire
PA ID No.: 84703

Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
215-851-8395 (phone)/215-851-8383 (fax)
amurray@eckertseamans.com


Attorneys for Defendant,
Credit Suisse Financial Corporation

## CERTIFICATE OF SERVICE

This will certify that a true copy of the attached Fed.R.Civ.P. 7.1 Disclosure Statement has been electronically filed with the clerk for the United States District Court for the Eastern District of Pennsylvania, using the Electronic Case Filing system of the Court and served on the following on December 19, 2012 via regular US Mail as follows:

:Patrick: Ferguson
Mary-L: Ferguson
528 Fort Washington Ave.
Fort Washington, PA 19034
Plaintiffs *pro se*

Federal Judge :David-Wynn: Miller
5166 North 63rd Street
Milwaukee, PA 53218
Plaintiff *pro se*

By: /s/Anita J. Murray