IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| :PATRICK: FERGUSON,<br>MARY-L: FERGUSON, and<br>FEDERAL JUDGE :DAVID-WYNN:<br>MILLER, | : <br>: <br>: <br>: <br>: | Case 2:12-cv-06606-EL |
| Plaintiffs, | : | |
| v. | : | |
| CREDIT SUISSE FINANCIAL<br>CORPORATION, | : <br>: | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO:   CLERK OF THE DISTRICT COURT FOR THE EASTERN
      DISTRICT OF PENNSYLVANIA

Kindly enter my appearance on behalf of the Defendant, CREDIT SUISSE FINANCIAL CORPORATION, relative to the above-captioned matter.

Dated:  December 19, 2012

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By   /s/ Dorothy A. Davis
DOROTHY A. DAVIS (PA ID No.: 34958)
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219
412-566-5953 (phone)/412-566-6099 (fax)

*Attorneys for Defendant,*
*Credit Suisse Financial Corp.*

## CERTIFICATE OF SERVICE

This will certify that a true copy of the attached Notice of Appearance has been electronically filed with the clerk for the United States District Court for the Eastern District of Pennsylvania, using the Electronic Case Filing system of the Court and served on the following on December 19, 2012 via regular US Mail as follows:

:Patrick: Ferguson
Mary-L: Ferguson
528 Fort Washington Ave.
Fort Washington, PA 19034
Plaintiffs *pro se*

Federal Judge :David-Wynn: Miller
5166 North 63rd Street
Milwaukee, PA 53218
Plaintiff *pro se*

By: /s/Anita J. Murray